UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH PENLEY #256574,

    Petitioner,                                      Hon. Phillip J. Green

v.                                                       Case No. 1:20-cv-132

JOHN DAVIDS,

    Respondent.
_____/

## **JUDGMENT**

Consistent with the Memorandum Opinion filed this day (ECF No. 15), the undersigned finds that Petitioner is being confined in violation of the United States Constitution. Accordingly, it is the **JUDGMENT** of this Court that Kenneth Penley's petition for writ of habeas corpus is hereby **GRANTED**.

Further, **IT IS ORDERED** that the State of Michigan shall release Petitioner from custody or afford him a new trial within 120 days.

**IT IS SO ORDERED**.

Date: February 28, 2023                                /s/ Phillip J. Green
                                                                     PHILLIP J. GREEN
                                                                      United States Magistrate